IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDWELLE S. ELLIS**                                                                          **PLAINTIFF**

v.                                       Case No. 1:17-cv-00020-KGB/JTK

**DOES, Staff, Jackson County**
**Detention Center**                                                                           **DEFENDANTS**

# ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections have been filed, and the time to file an objection has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 4). Accordingly, plaintiff Andwelle S. Ellis's claims are dismissed without prejudice (Dkt. No. 2). Dismissal of this action constitutes a "strike" within the meaning of the Prison Reform Act ("PLRA"), 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge