IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANDWELLE S. ELLIS**                                                                                                          **PLAINTIFF**

**v.**                                           **Case No. 1:17-cv-00020-KGB/JTK**

**DOES, Staff, Jackson County**
**Detention Center**                                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Andwelle S. Ellis's claims against unnamed defendants, the staff of the Jackson County Detention Center, are dismissed without prejudice (Dkt. No. 2).

So adjudged this the 19th day of January, 2018.

_____
Kristine G. Baker
United States District Judge